# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, ) | CV19   2971 |
| ) | |
| Plaintiff, ) | Civil Action No. _____ |
| ) | |
| vs. ) | Verified   FILED   TSH |
| ) | |
| PATELCO CREDIT UNION, ) | MAY 29 2019 |
| ) | |
| Defendant. ) | SUSAN Y. SOONG |
| ) | CLERK, U.S. DISTRICT COURT |
| ) | NORTH DISTRICT OF CALIFORNIA |



## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE

**(28 U.S. CODE § 1332. DIVERSITY OF CITIZENSHIP; AMOUNT IN CONTROVERSY; COSTS)**

NOTICE

1. 28 U.S. Code § 453
2. 12 U.S. Code § 411 [1]
3. Executive Order 11110 [2]
4. In a court of record, there is no statute of limitations.

   1. The Plaintiff ("Plaintiff" and/or "Kennedy") is one of the people of Pennsylvania in this court of record complains against the defendant Patelco Credit Union ("Defendant" and/or "Patelco") for Negligence and Kennedy is domiciled at 800 Court St., Apt. 223, Reading, PA 19601.
2. The Defendant, Patelco Credit Union, has its principal place of business in this Judicial District at 5050 Hopyard Road, Pleasanton, CA 94588. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332. Christopher Allen, Patelco Secretary, at 5050

---

[1] 12 U.S. Code § 411. Issuance to reserve banks; nature of obligation; redemption. Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

[2] Executive Order 11110 AMENDMENT OF EXECUTIVE ORDER NO. 10289, AS AMENDED, RELATING TO THE PERFORMANCE OF CERTAIN, FUNCTIONS AFFECTING THE U.S. Department of the Treasury by U.S. President John F. Kennedy.

Hopyard Road, Pleasanton, CA 94588, is the authorized agent for service of process. Patelco is a federal reserve bank.

3. Pursuant to 28 U.S. Code §453, Plaintiff accepts the oath of office of the Judge assigned to this case, and Plaintiff binds him to it.

4. Pursuant to 12 U.S. Code §411, Kennedy electronically deposited his paychecks from approximately January 1985 to December 1993 from his employer, Pacific Bell, now AT&T, Inc, and other deposits redeemed in lawful money pursuant to 12 U.S. Code §411 into his checking and savings accounts at Patelco that totaled four hundred forty thousand and one hundred dollars ($440,100.00) in federal reserve notes.[3]

5. As a result of the Negligence of the Defendant, Plaintiff was injured by the Defendant in loss of rights and lawful money.

6. Exhibit "1" is incorporated by reference as though fully stated herein, and the Federal Rules of Civil Procedure are the rules of the above-entitled court. The rules shall be construed and administered to secure the just, speedy, and inexpensive determination of this action.

7. I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge. This complaint complies with Rule 11, and U.S. Court documents are factual evidence presented and are self-authenticating under FRE 902.

WHEREFORE, Plaintiff requests judgment against Defendant as follows.

1. For in a sum in excess of the sum of four hundred forty thousand and one hundred dollars ($440,100.00), pursuant to Executive Order 11110;
2. Interest as allowed by law;
3. Costs of suit;
4. Attorneys fees;
5. For such other and further relief as the court may deem just.

Dated: May 24, 2019.

By: Edward Thomas Kennedy, Plaintiff [MBA]
*All rights reserved under UCC 1-308*

800 Court Street, Apt 223
Reading, PA 19601
415-275-1244
pillar.of.peace.2012@gmail.com

*Self-represented Plaintiff.*

Attachment: Exhibit 1, Law of the Case.

---

[3] Source for totals: Social Security Administration.