IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

TSH

CV19 2971

EDWARD THOMAS KENNEDY, )
)
Plaintiff, )
)                    Civil Action No. _____
vs. )
)                    Verified
PATELCO CREDIT UNION, )
)
Defendant. )
)
_____ )

**RECEIVED**
MAY 29 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## ORDER

Plaintiff's request to Order Defendant Patelco Credit Union to compensate Kennedy for a sum in excess of the sum of four hundred forty thousand and one hundred dollars ($440,100.00), pursuant to Executive Order 11110;

    IS GRANTED _____
    IS NOT GRANTED _____

Date:_____

By the Court:

_____