UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY,<br>　　　　Plaintiff,<br>　v.<br>PATELCO CREDIT UNION,<br>　　　　Defendant. | Case No. 19-cv-02971-TSH<br><br>**ORDER TO SHOW CAUSE** |

On June 6, 2019 the Court issued an order granting Plaintiff Edward Thomas Kennedy's Motion for Leave to Proceed in Forma Pauperis and screening his complaint. *See* ECF Nos. 1, 3, 5. The Court ordered Kennedy to file an amended complaint addressing the deficiencies noted in the order by July 8, 2019. Kennedy has failed to file an amended complaint by the Court's designated deadline. Accordingly, the Court **ORDERS** Plaintiff Edward Thomas Kennedy to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Kennedy shall file a declaration by August 8, 2019. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Kennedy does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

　　**IT IS SO ORDERED.**

Dated: July 18, 2019

THOMAS S. HIXSON
United States Magistrate Judge