IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD THOMAS KENNEDY,  )
    Plaintiff,  )
    vs.  )
    )
PATELCO CREDIT UNION,  )
PACIFIC BELL TELEPHONE  )
COMPANY, dba AT&T  )
CALIFORNIA,  )
SAMUEL L. GINN,  )
RANDALL L. STEPHENSON,  )
AT&T, Inc., and  )
PAULA M. WEBER,  )
    )
    Defendants.  )

Case No. 19-cv-02971

Verified

Jury Trial Demanded

FILED
JUL 26 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL 26 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## FIRST AMENDED ACTION AT LAW

FIRST CAUSE OF ACTION - NEGLIGENCE

    1.    This First Amended Complaint Action amends by entire substitution the action filed as Complaint for a Civil Case Alleging Negligence in the above entitled First Amended Action At Law.

    2.    NOTICE

    a.    Our county is a constitutional republic. Dark to Light. On June 5, 2019, the President of the United States Donald John Trump informed Elizabeth Windsor, Queen of the United Kingdom, that the new deal is the District of Columbia Organic Act of 1871 is void.

    b.    28 U.S. Code § 453.

    c.    Pursuant to 28 U.S. Code § 453, Plaintiff accepts the oath of office of the U.S. Judge assigned to this case, and Plaintiff binds him to it.

1

  d. Executive Order Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption. Law & Justice. Issued on: December 21, 2017 by President Trump.[1]

  e. Executive Order 13825 concerning 2018 Amendments to the Manual for Courts-Martial, United States (March 1, 2018) effective January 1, 2019.

  f. 12 U.S. Code §411.

  g. Executive Order 11110.[2]

  h. Miller Act Notice For Federal Works Projects 40 USC §3131 et seq. July 23, 2017 ("Effective Date"), Claimant: Leader Technologies, Inc., Michael T. McKibben, 07/22/2017 re: AT&T, Inc. et al.[3]

  3. All U.S. Courts are courts of record as defined in the Law of the Case, Exhibit 1. In a court of record, there is no statute of limitations.

  4. The Plaintiff ("Plaintiff" and/or "Kennedy") is one of the people of Pennsylvania in this court of record complains against the defendants Patelco Credit Union ("Patelco"), Pacific Bell Telephone Company ("Pacific Bell"), dba AT&T California, Samuel L. Ginn ("Ginn"), Randall L. Stephenson ("Stepheson") and Paula M. Weber ("Weber"), and AT&T, Inc. ("AT&T") for Negligence, Breach of Contract, Trespass on the Case (Common Law), Retaliation (Common Law), Vicarious Liability, and Trover.

  5. The Defendant, Patelco Credit Union, is a corporation with executive offices at 5050 Hopyard Road, Pleasanton, CA 94588.

---

[1] See link here: https://www.whitehouse.gov/presidential-actions/executive-order-blocking-property-persons-involved-serious-human-rights-abuse-corruption/.
[2] Relating to the Performance of Certain Functions Affecting the U.S. Department of the Treasury by U.S. President John F. Kennedy.
[3] Under FRE 902, McKibben testifies AT&T, Inc. and others stole his company's intellectual property.

2

6.  The Defendant, Pacific Bell Telephone Company, dba AT&T California, is a corporation with executive offices at 430 Bush St., San Francisco, CA 94108.

7.  The Defendant, Samuel L. Ginn, is an individual with an address at 160 New Place Rd., Hillsborough, CA 94010.

8.  The Defendant, Randall L. Stephenson, is an individual with an address at 208 S Akard St, Dallas, TX 75202.

9.  The Defendant, Paula M. Weber, is an individual with an address at 4 Embarcadero Center, Fl 22, San Francisco, CA 94111.

10. The Defendant, AT&T, Inc. is a corporation with executive offices at 208 S Akard St, Dallas, TX 75202.[4]

11. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332. The Court has jurisdiction over this action at law pursuant to 28 U.S.C. §1331 and it is a court of record. The venue is proper in this district pursuant to 28 U.S.C. § 1391.

12. Pursuant to 12 U.S. Code § 411, and FRE 902, Kennedy electronically deposited his paychecks from approximately June 1985 to December 1993 from Defendant Pacific Bell (now owned by AT&T, Inc), and other deposits redeemed in lawful money pursuant to 12 U.S. Code § 411 into his checking and savings accounts at Defendant Patelco that totaled four hundred forty thousand and one hundred thousand dollars and 00/100 ($440,100.00).[5]

13. As a result of the Negligence of the Defendants Pacific Bell and Patelco, Plaintiff was injured in loss of lawful lawful money and rights.

---

[4] AT&T, Inc. owns Pacific Bell Telephone Company.
[5] Source for totals: U.S. Government agency under FRE 902.

3

WHEREFORE, Plaintiff requests judgment against the Defendants Patelco Credit Union and Pacific Bell, a sum in excess of the sum of four hundred forty thousand and one hundred dollars and 00/100 dollars ($440,100.00) each and pursuant to Executive Order 11110.

SECOND CAUSE OF ACTION – BREACH OF CONTRACT

14. Paragraphs 1 through 13 are included by reference as though fully stated herein.

PROMISES MADE

15. In order to recruit Kennedy in 1985, Pacific Bell District Level Manager Cynthia Miller Davis promised Kennedy a career.[6]

16. Pacific Bell President Ted Sanger verified and promised the Plaintiff a career and Paciifc Bell employees careers as a result of sales abuses of California rate paying customers concerning fraudulent and abusive sales tactics by Pacific Bell and Ginn relative to regulated, vertical services such as call waiting and caller ID and Krone training scandals.

17. Ginn, now presumed to be retired, was Chief Executive Officer ("CEO") at Pacific Telesis, the parent of Defendant Pacific Bell, now AT&T, Inc.

Kennedy complained to Ginn that the non-regulated wireless company, Air Touch, was financed illegally with cash flows and profits from Pacifc Bell, specifically from Simple and Complex Inside Wire products that Kennedy managed. Ginn knowingly and intentionally committed financial crimes that also violated U.S. and California Public Policy. This allegation is beyond a reasonable doubt proven when field technician operational statistics and results are ignored in company financial reporting, and thus illegal cross subsidies occur when regulated Pacific Bell finances

---

[6] Cynthia Davis Miller is the long time wife of AT&T, Inc. Executive Forrest Edward Miller, the retired Group President-Corporate Strategy and Development of AT&T Inc. from 2007-2012.

wireless. Simply stated, Ginn stole cash money from Pacifc Bell and California telephone rate-payers in violation of U.S. and California law and public policy in order to finance and leverage AirTouch and in time, Vodafone.[7] The British government and foreign persons also benefited from the theft of intellectual property from Leader Technologies, Inc., previously cited herein. Since 1987, this theft of rate-payer funds now totals billions of dollars of stolen funds from California ratepayers to benefit shareholders worldwide in violation of U.S. and California law and public policy. Defendant Stephenson is CEO at AT&T, Inc.

18. Plaintiff complained to Ginn and his in-house Counsel, California Attorney Richard Odgers about illegal cross subsidies from Pacific Bell. Odgers hired his law firm Pillsbury Winthrop. Employment Attorney and Defendant Weber is employed by the said law firm from 1987 to present and is advertised on the law firm's website.

19. Ginn breached said contract promise of a career when Ginn constructively fired Kennedy by ordering Kennedy moved from a professional position in middle management Strategy and Public Policy to Public Telephone i.e. "Coin" operations. Weber was complicit in the constructive discharge.[8]

PROMISES NOT KEPT

---

[7] This theft of funds from rate-payers by defendants allowed Pacific Telesis, now AT&T, Inc., wireless subsidiary then known as Air Touch, to more aggressively finance the non-regulated business of the wireless ventures in violation of U.S. Securities laws such as SEC Rule 10b-5, pursuant to its authority granted under § 10(b) of the Securities Exchange Act of 1934, and also in violation of the consent agreement in United States v. American Tel. and Tel. Co., 552 F. Supp. 131 (D.D.C. 1983), but said the theft of funds is also very relevant today to United States v. AT&T, Inc., 916 F.3d 1029 (D.C. Cir. 2019) because it continues to this day.

[8] In employment law, constructive dismissal, also called constructive discharge or constructive termination, occurs when an employee resigns as a result of the employer creating a hostile work environment. Since the resignation was not truly voluntary, it is in effect, a termination. Defendant Weber is San Francisco based employment attorney. Plaintiff believes Weber was made "partner" based on the cover-up of the facts stated this complaint. Weber is still employed at the Pillsbury law firm.

20. Pacific Bell and Ginn breached said promises of a career to the Plaintiff without just cause in violation of law, company policy and public policy, that injured and damaged Kennedy in loss of rights and loss of financial benefits.

21. California Attorneys hired and assigned to this financial fraud and constructive discharge against Kennedy and the rate-paying public customers of Bell are many and notably include Defendant Weber (SBN: 121144), Elizabeth Katherine Roemer (SBN:100154), Richard "Dick" Odgers (deceased) (SBN:33218), Charles Allan Davis (SBN: 60927), and Helen Bigman Culiner (retired) (SBN:45088).

22. As a result of the Breach of contract by Defendants Pacific Bell and Ginn, Plaintiff was injured in aggregate loss wages and benefits valued at five million dollars and 00/100 ($5,000,000.00) in lawful money and rights. This does not include opportunity costs, or lost capital appreciation and income from employee stock option plans and from capital market gains and employee stock plan benefits.

WHEREFORE, Plaintiff Edward Thomas Kennedy demands judgment in his favor against Defendants Samuel L. Ginn and Pacific Bell Telephone Company, a sum in excess of the sum of five million dollars and 00/100 ($5,000,000.00) each, pursuant to Executive Order 11110.

THIRD CAUSE OF ACTION – TRESPASS ON THE CASE (Common Law)

23. Paragraphs 1 through 22 are included by reference as though fully stated herein.

24. By right, Kennedy reasonably expects to proceed without injury, secure in his capacities. By right, Kennedy reasonably expects to exercise his right to liberty.

25. Defendants have a legal duty to use due care and not cause an injury to Plaintiff Kennedy or interfere with said rights in any way.

26. Employees and/or agents of the defendants breached that duty by proximately or legally, directly and indirectly, causing the injuries and damages to Plaintiff Kennedy.

27. General damages are in the sum of $1,000 for each day of unlawful behaviors or one hundred thousand dollars and 00/100 ($100,000.00) whichever is greater.

28. Damages for the injury caused by defendant's' absence of required actions are $5,000 for each failure to act; or one hundred fifty thousand dollars and 00/100 ($150,000.00), whichever is greater.

29. The damages claimed are all a result of the injuries.

WHEREFORE, Plaintiff Edward Thomas Kennedy demands judgment in his favor against each Defendant in an amount in excess of One hundred Thousand and xx/100 Dollars ($100,000) for general damages and also demands judgment in his favor against each Defendant in an amount in excess of One Hundred Fifty Thousand and xx/100 Dollars ($150,000) for damages.

FOURTH CAUSE OF ACTION - RETALIATION (Common Law Tort Claim)

30. Paragraphs 1 through 29 are included by reference as though fully stated herein.

31. Defendants Ginn and Pacific Bell retaliated against Kennedy for his ethical defense of public policy by blacklisting him.[9] Retaliation against Kennedy for resisting violations of the law contravenes those policies and gives rise to a common-law action in tort.

32. As a result of the Retaliation by Defendants Pacific Bell and Ginn, Plaintiff was injured in aggregate loss wages and benefits valued at five million dollars and 00/100 ($5,000,000.00) in lawful money and rights.

---

[9] See James Damore v Google, Superior Court of California County of Santa Clara Case number 18 CV321529 for a clarification and definition of the term "blacklisting."

7

33. The damages claimed are all a result of the injuries.

WHEREFORE, Plaintiff Edward Thomas Kennedy demands judgment in his favor against Defendants Ginn and Pacific Bell Telephone Company, a sum in excess of the sum of five million dollars and 00/100 ($5,000,000.00) each, pursuant to Executive Order 11110;

FIFTH CAUSE OF ACTION - VICARIOUS LIABILITY

34. Paragraphs 1 through 33 are included by reference as though fully stated herein.

35. Pacifc Bell assumes its power from government to operate as a monopoly. Power is never without responsibility. When authority derives in part from the Government's thumb on the scales, the exercise of that power by defendant's employees and agents and becomes closely akin, in some respects, to its exercise by the Government itself.

36. The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves.

37. For a defendant to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor.

38. The vicariously liable defendant must be in the business of controlling, leasing, bailing, or licensing the actors.

39. Each defendant is an agent of the other, and each has his place in the chain of exposing plaintiff Kennedy to the actors. Each defendant and each employee

8

and/or agent of the defendants are vicariously liable for each instance of injury to plaintiff.

WHEREFORE, Plaintiff Edward Thomas Kennedy demands judgment in his favor against Defendants in an amount in excess of Two Hundred Thousand and xx/100 Dollars ($200,000) each plus all costs and other relief this Court deems necessary.

SIXTH CAUSE OF ACTION - TROVER

40. Paragraphs 1 through 39 are included by reference as though fully stated herein.

41. Defendant's Ginn, Stephenson, Pacific Bell, and AT&T Inc., stole the Intellectual Property technology of Leader Technologies. Inc. under FRE 902 according to the testimony of its chief executive officer McKibben as stated in Miller Act Notice For Federal Works Projects 40 USC §3131 et seq. July 23, 2017 ("Effective Date"), Claimant: Leader Technologies, Inc., Michael T. McKibben, and documented in Notice 2(i) herein.

42. Defendant's Ginn, Stephenson, Pacific Bell, and AT&T Inc., stole the Intellectual Property and trade secrets of the Plaintiff to be proven at trial.

LAW OF THE CASE

43. Exhibit "1" is incorporated by reference as though fully stated herein, and the Federal Rules of Civil Procedure are the rules of the above-entitled court. The rules shall be construed and administered to secure a just, speedy, and inexpensive determination of this action at law.

44. I, Edward Thomas Kennedy, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

WHEREFORE, Plaintiff Edward Thomas Kennedy demands judgment in his favor against Defendants Ginn, Stephenson, Pacific Bell, and AT&T Inc., in an amount the

same or similar to the demands of Leader Technologies, Inc., to be calculated at trial, plus all costs and other relief this Court of record deems necessary.

Dated: July 24, 2019.

                                                    Jury trial demanded.

                        Respectfully submitted,

                        */s/ Edward Kennedy*
                        Edward Thomas Kennedy, Plaintiff.
                        800 Court Street, Apt 223
                        Reading, PA 19601.
                        415-275-1244.

                        *Plaintiff is Self-represented.*

Attachment

Exhibit 1, Law of the Case. Nine (9) pages.

Notice

A constitutional question to Attorney General Barr is forthcoming.

## Exhibit 1 LAW OF THE CASE

"The very meaning of 'sovereignty' is that the decree of the sovereign makes law." American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.

The law is decreed by the sovereign as follows:

1.  Under the Constitution of the United States, all United States Courts are courts of record. The Commonwealth of Pennsylvania defines all Pennsylvania courts to be courts of record, and it is codified at PA Title 42 § 321, Court of record.

2.  COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:
    a.  A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]
    b.  Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689] [Black's Law Dictionary, 4th Ed., 425, 426]
    c.  Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]
    d.  Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]
    e.  Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426].

3.  In a court of record, a judge has no discretion. Our Mission: Through the courts, encouraging the government and its employees to obey the law.

4.  Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law.

## Exhibit 1 LAW OF THE CASE

5.  An "attorney at law" means one who practices common law. (notwithstanding the fact that modern attorneys ignore the subject). An "attorney in equity" is one who practices before an equity court. Private member association members of the legal profession are Attorneys in equity, and not attorneys at law.

6.  Absolute Judicial immunity is a myth. A Judge does not have absolute immunity. Judicial immunity does not apply when the following conditions exist:
    a. when he is performing a non-judicial act, or
    b. when he acts in the complete absence of all jurisdiction.

7.  Statutes are expressions of will from the legislature.

8.  To maintain confusion, Bar members append the word "law" to it. Naturally, one is supposed to then believe that statutory law is the same as and equal to common law (it isn't!). There is no legislative foundation for any Bar member to "practice" law.

9.  Codes are nothing more than a collection of statutes and other rules arranged by subject instead of being arranged by date. Law beats statutes; statutes beat codes.

10. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. (See the use of dictionaries in the Supreme Court of the United States, by Kevin Werbach Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994). When the word law is used in the U.S. Constitution, it means the common law.

11. Nisi Prius is defined as: "a court where civil actions are tried by a single judge sitting with a jury, as distinguished from an appellate court." This means the nisi prius court is a Trial Court which of course is where the facts of a case are discovered. A nisi prius court is a "court of no record," but a record is kept in a trial court.

12. The mere keeping of a record does not qualify any court to be a court of record.

13. Black's Law Dictionary, Fifth Edition, contributes to the confusion by listing only two of the four requirements for a court to qualify as a court of record.

14. In Pennsylvania and California, all courts are named as courts of record. However, if in an individual case they are not operated as courts of record, then they don't qualify as such.

2

## Exhibit 1 LAW OF THE CASE

15. It takes more than a name to make a court of record. Even though a court may be keeping a record, it is a court of no record if it does not conform to the remaining three requirements for a lawful court of record. That is, a court of record is a court which must meet all of the following criteria:
   a. generally has a seal
   b. power to fine or imprison for contempt
   c. keeps a record of the proceedings
   d. proceeding according to the common law (not statutes or codes)
   e. the tribunal is independent of the magistrate (judge).

16. Black's Law Dictionary's omissions are subtle but one can recombine the information and get to the real meaning of terms such as "nisi prius".

17. "Nisi prius" is a Latin term. Individually, the words mean thus: "Prius" means "first." For example, "Prius vitiis laboravimus, nunc legibus" means "We labored first with vices, now with laws." Quoted from Black's Law Dictionary, Fifth Edition. "Nisi" means "unless."

18. Quoting from B.L.D., 5th Ed.: "The word is often affixed as a kind of elliptical expression, to the words 'rule,' 'order,' 'decree,' 'judgment,' or 'confirmation,' to indicate that the adjudication spoken of is one which is to stand as valid and operative unless the party affected by it shall appear and show cause against it, or take some other appropriate steps to avoid it or procure its revocation."

19. "Nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

20. It is a matter of right that one may demand to be tried in a court of record as defined herein. By sheer definition, that means that the court must proceed according to the common law (not the statutory law). The only way that a court can suspend that right is by the prior agreement of the parties.

21. For tactical reasons, Commonwealth of Pennsylvania and/or the state and/or State, prefers to proceed according to statutory law rather than common law. The only way it can do that is to obtain the prior agreement from the parties. That is the primary (but hidden) purpose of the arraignment procedure.

22. Courts may be classified and divided according to several methods, the following being the more usual: COURTS OF RECORD and COURTS NOT OF RECORD.

# Exhibit 1 LAW OF THE CASE

23. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. See 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

24. A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. See Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y.

25. CONFIRMATIO CARTARUM, (conforming charter)
October 10, 1297, By Edward, King of England, reaffirms that the Magna Carta may be pleaded as the Common Law before a court.
This links the Magna Carta to the Common Law.

26. The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta. ( See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated College Presses, 32 Washington Place, New York 3, New York.).

27. The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4).

28. No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

29. The definition of sovereignty retains the meaning it had at the time the US Constitution was formed. Who is the Tribunal? Answer: The sovereign, the ultimate Judge.

30. ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp 471-472.]

## Exhibit 1 LAW OF THE CASE

31. The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

32. Where rights secured by the Constitution are involved, there can be no rulemaking or legislation which would abrogate them. [Miranda v. Arizona, 384 US 436, 491.]

33. There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights. [Sherer v. Cullen, 481 F 946.]

34. Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

35. The Commonwealth of Pennsylvania is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land. Notice and see Pennsylvania Constitution, all versions.

36. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [Constitution for the United States of America, Article VI, Clause 2.]

37. Conspiracy against rights: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18, USC 241]

## Exhibit 1 LAW OF THE CASE

38.     Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. [18, USC 242]

39.     The following persons are magistrates: ...The judges of the superior courts.... [California Penal Code, Sec. 808.] ...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law....
[Confirmatio Cartarum, November 5, 1297, Sources of Our Liberties Edited by Richard L. Perry, American Bar Foundation]

40.     Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court. [Magna Carta, Article 34].

41.     The singular includes the plural and the plural the singular. The word people is both singular and plural. The present tense includes the past and future tenses; and the future, the present. The masculine gender includes the feminine and neuter.

42.     We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

43.     The Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law. Warnock v. Pecos County, 88 F.3d 341 (5th Cir. 07/08/1996), Ex parte Young, 209 U.S. 123, 155-56, 52 L. Ed. 714, 28 S. Ct. 441 (1908); Edelman v. Jordan, 415 U.S. 651, 664, 39 L. Ed. 2d 662, 94 S. Ct. 1347 (1974); Brennan v. Stewart, 834 F.2d 1248, 1252 (5th Cir. 1988).

# Exhibit 1 LAW OF THE CASE

44.     Charter for the Province of Pennsylvania-1681.[1]

45.     Penn's Charter of Liberty - April 25, 1682.[2]

46.     Charter of Privileges Granted by William Penn, esq.
to the Inhabitants of Pennsylvania and Territories, October 28, 1701.[3]

47.     Constitution of Pennsylvania - September 28, 1776.[4]

48.     Small points of the law are not law.

49.     Trespass means injury committed with force, actual or implied; immediate and not consequential; if property involved, then property was in actual or constructive possession of plaintiff at the time of injury. Source: Koffler: Common Law Pleading, 152 (1969)

50.     Trespass on the Case – In practice, means the form of action by which a person seeks to recover damages caused by an injury unaccompanied with force or which results indirectly from the act of the defendant. It is more generally called, simply, case. Source: 2 Bouvier's Law Dictionary 610 (1867).

51.     "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty." CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL 1793 pp 471-472.

52.     Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here:
https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s.

Case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here:
http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

---

[1] http://avalon.law.yale.edu/17th_century/pa01.asp
[2] http://avalon.law.yale.edu/17th_century/pa03.asp
[3] http://avalon.law.yale.edu/18th_century/pa07.asp
[4] http://avalon.law.yale.edu/18th_century/pa08.asp

# Exhibit 1 LAW OF THE CASE

53.     The Supreme Court of the United States recognized personal sovereignty on June 16, 2011, link here: https://www.supremecourt.gov/opinions/13pdf/12-158_6579.pdf.
NOTICE
CONSTITUTIONAL PREAMBLES
     a.     Constitution for the United States of America: We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.
     b.     1849 California Constitution: WE the people of California, grateful to Almighty God for our freedom: in order to secure its blessings, do establish this Constitution.
     c.     1879 State of California Constitution: We, the People of the State of California, grateful to Almighty God for our freedom, in order to secure and perpetuate its blessings, do establish this Constitution.
     Summary: In all three constitutions listed in #93, (and the constitution of any real republic) the operative word is "establish." The People existed in their own individual sovereignty before the constitution was enabled. When the People "establish" a constitution, there is nothing in the word "establish" that signifies that they have yielded any of their sovereignty to the agency they have created. To interpret otherwise would convert the republic into a democracy. Also, see the legislated notice from the People to the government written in the California Government Codes 11120 and 54950 also quoted herein.

54.     To deprive the People of their sovereignty it is first necessary to get the People to agree to submit to the authority of the entity they have created. That is done by getting them to claim they are citizens of that entity (see Constitution for the U.S.A., XIV Amendment, for the definition of a citizen of the United States.)

55.     14 C.J.S. 426, 430 The particular meaning of the word "citizen" is frequently dependent on the context in which it is found [5], and the word must always be taken in the sense which best harmonizes with the subject matter in which it is used.[6] One may be considered a citizen for some purposes and not a citizen for other purposes, as, for instance, for commercial purposes, and not for political purposes.[7] So, a person may be a citizen in the sense that as such he is entitled to the

---

[5] Cal.--Prowd v. Gore, 2 Dist. 207 P. 490. 57 C.A. 458.
[6] Cal.--Prowd v. Gore. 2 Dist. 207 P. 490. 57 C.A. 458. La.--Lepenser v Griffin, 83 So. 839, 146 La. 584 N.Y.--Union Hotel Co. v. Hersee, 79 N.Y. 454.
[7] U.S.--The Freundschaft, N.C., 16 U.S. 14, 3 Wheat. 14, 4 L.Ed. 322
--Murray v. The Charming Betsy, 6 U.S. 64, 2 Cranch 64, 2 L.Ed. 208 Md.--Risewick v. Davis, 19 Md. 82 Mass.--Judd v. Lawrence, 1 Cush 531.

# Exhibit 1 LAW OF THE CASE

protection of his life, liberty, and property, even though he is not vested with the suffrage or other political rights.[8]

56. SOVEREIGNTY Black's Law Dictionary, Fourth Edition
The power to do everything in a state without accountability,--to make laws, to execute and to apply them, to impose and collect taxes and levy contributions, to make war or peace, to form treaties of alliance or of commerce with foreign nations, and the like. Story, Const. Sec 207
Sovereignty in government is that public authority which directs or orders what is to be done by each member associated in relation to the end of the association. It is the supreme power by which any citizen is governed and is the person or body of persons in the state to whom there is politically no superior. The necessary existence of the state and that right and power which necessarily follow is "sovereignty." By "sovereignty in its largest sense is meant supreme, absolute, uncontrollable power, the absolute right to govern. The word which by itself comes nearest to being the definition of "sovereignty" is will or volition as applied to political affairs.[9]

57. STATE Black's Law Dictionary, Fourth Edition
A People permanently occupying a fixed territory bound together by common-law habits and customs into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things within its boundaries, capable of making war and peace and of entering into international relations with other communities of the globe.[10]

58.. "In Chisholm, the Justices of the Supreme Court rejected Georgia's claim to be sovereign. They concluded instead that, to the extent the term "sovereignty" is even appropriately applied to the newly-adopted Constitution, it rests with the people, rather than with state governments."[11]

59. A person may be a citizen for commercial purposes and not for political purposes."[12]

---

[8] Mass.--Dillaway v. Burton, 153 N.E. 13, 256 Mass. 568.
[9] City of Bisbee v. Cochise County, 52 Ariz. 1, 78 P.2d 982, 986.
[10] United States v. Kusche, D.C.Cal., 56 F.Supp. 201, 207, 208. The organization of social life which exercises sovereign power in behalf of the people. Delany v. Moraitis, C.C.A.Md., 136 F.2d 129, 130.
[11] In re Chisholm v. Georgia, 2 U.S. (Dall.) 419 (1793). CITE: Barnett, Randy E., The People or The State?: Chisholm V. Georgia and Popular Sovereignty. Virginia Law Review, Vol. 93; Georgetown Public Law Research Paper No. 969557. Available at SSRN: http://ssrn.com/abstract=969557.
[12] Field v. Adreon, 7 Md. 209.

9