EDWARD THOMAS KENNEDY<br>
800 COURT STREET, APT. 223<br>
READING, PA 19601<br>
(415) 275-1244<br>
FAX: (570) 609-1810

Susan Y. Soong, Clerk of Court
Office of the Clerk
United States District Court Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Dear Clerk of Court Soong,

    Re: Kennedy v. Patelco Credit Union et al. Case No.. 19-CV-02971

 I decline Magistrate Judge jurisdiction and hereby request that this case be reassigned to United States district judge. A signed document by me dated July 24th 2019 is enclosed. Enclosed please find the following:

1. An amended complaint and one (1) copy.
2. Proposed Order, one page.
3- Exhibit 1
4- Summons for SIX (6) Defendants (2 pages each)
5- Motion to Provide CM/ECF Filing and [Proposed] Order
6- Motion to Compel Service of Process and [Proposed] Order
7- Decline Magistrate Judge jurisdiction, and request this case be reassigned to a United States Judge. (preferably a Judge that loves our country and promises to obey his oath and the law).

 Please file the Amended Complaint and return a time-stamped copy of the Amended Complaint to my attention in the enclosed self-addressed, stamped envelope for service upon the Defendants

 NOTICE

 I do not consent to the services of a U.S. Magistrate.

 Should you have any questions or comments, do not hesitate to contact me at (415) 275-1244 or via email at pillar.of.peace.2012@gmail.com. Thank you for your anticipated courtesy and cooperation.

Date: July 24, 2019.

            Sincerely,

            EDWARD THOMAS KENNEDY

Enclosures.

EDWARD THOMAS KENNEDY
800 COURT STREET, APT. 223
READING, PA 19601

FAX: (206) [illegible]

Susan Y. Soong, Clerk of Court
Clerk of the Court
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Dear Clerk of Court Soong,

Re: Kennedy v. Patelco Credit Union et al, Case No. 19-CV-02971

I decline Magistrate Judge jurisdiction and hereby request that this case be reassigned to United States district judge. A signed document by me dated July 24th 2019 is enclosed. Enclosed please find the following:

1. An amended complaint and one (1) copy.
2. Proposed Order, one page.
3. Exhibit 1
4. Summons for SIX (6) Defendants (2 pages each)
5. Motion to Provide CM/ECF Filing and [Proposed] Order
6. Motion to Compel Service of Process and [Proposed] Order
7. Decline Magistrate Judge jurisdiction, and request this case be reassigned to a United States Judge, (preferably a Judge that loves our country and promises to obey his oath and the law).

Please file the Amended Complaint and return a file-stamped copy of the Amended Complaint to my attention in the enclosed self-addressed stamped envelope for service upon the Defendants.

NOTICE

I do not consent to the services of a U.S. Magistrate.

Should you have any questions or comments, do not hesitate to contact me at (610) [illegible] or via email at [illegible]. Thank you for your anticipated courtesy and cooperation.

Date: July 24, 2019.

Sincerely

_____
EDWARD THOMAS KENNEDY

Enclosures.