UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY,<br><br>Plaintiff,<br><br>v.<br><br>PATELCO CREDIT UNION,<br><br>Defendant. | Case No. 19-cv-02971-TSH<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is currently scheduled for a Case Management Conference on August 29, 2019. However, given that the Court is currently screening the Amended Complaint, the Case Management Conference and all related deadlines are **VACATED**. If necessary, the conference will be rescheduled.

**IT IS SO ORDERED.**

Dated: August 26, 2019

THOMAS S. HIXSON
United States Magistrate Judge