UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY,<br><br>          Plaintiffs,<br><br>     v.<br><br>PATELCO CREDIT UNION,<br><br>          Defendants. | Case No.: 19-cv-02971-TSH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)   On 8/26/2019, I SERVED a true and correct copy(ies) of the attached: **ORDER VACATING CASE MANAGEMENT CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Edward Thomas Kennedy
800 Court Street
Apt 223
Reading, PA 19601

Dated: 8/26/2019

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: _____
                                        Rose Maher, *Deputy Clerk to*
                                        the Honorable Thomas S. Hixson

*Service_Certificate _CRD*
*rev. August 2018*