FILED

SEP 19 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| Plaintiff, | ) Case No. 19-cv-02971 (JSW) |
| vs. | ) |
| PATELCO CREDIT UNION, et al., | ) |
| Defendants. | ) |

**Objection**

I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania, and in this court of record, hereby objects to ECF document 10, pursuant to 28 U.S. Code § 453 and 18 U.S. Code § 242 by Thomas S. Hixson, US Magistrate, for it is irrelevant, and exceeds his jurisdiction and because it exceeds his Jurisdiction, injures the plaintiff is loss of Rights. The plaintiff never consented to the services of a US Magistrate Judge and additionally the analysis in the said document 10 appears wrong in both law and facts, especially concerning limiting statues.

**Therefore**, a jury trial is demanded.

Date: September 15, 2019.

Respectfully submitted,

/s/ Edward Thomas Kennedy

_____
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244

1

## CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, certify that on September 15th, 2019, that I filed a copy of the above Objection to the clerk of this court by US regular mail and by email to the judge assigned to administer this case as a courtesy.

/s/ Edward Thomas Kennedy
_____
Edward Thomas Kennedy, Plaintiff

*The plaintiff is self-represented.*

Date: September 15, 2019