Edward Thomas Kennedy
800 Court St, Apt. 223
Reading, PA 19601

HARRISBURG PA 171

15 SEP 2019 PM 1

FOREVER USA
Love

Clerk of Court
Un L.d States District dourt
450 Doll. Dr k Ave.
Box 36060

Saint Teses is City
3 4 B 9

