FILED

SEP 23 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD THOMAS KENNEDY,           )
                                 )
    Plaintiff,               )           Case No. 19-cv-02971 (JSW)
                                 )
vs.                              )
                                 )
                                 )
PATELCO CREDIT UNION,            )
et al.,                          )
                                 )
    Defendants.              )
                                 )
_____  )

### MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

As the Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm the following:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:
    A computer with internet access;
    An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
    A scanner to convert documents that are only in paper format into electronic files;
    A printer or copier to create required paper copies such as chambers copies;
    A word-processing program to create documents; and
    A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

4.    I have a pacer.gov account and have filed successfully in US and State Courts.

Date: September 16, 2019.

Respectfully submitted,

/s/ Edward Thomas Kennedy

*(seal)*

Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
pillar.of.peace.2012@gmail.com

*Plaintiff is self-represented.*