IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| Plaintiff, | ) Case No. 19-cv-02971 (JSW) |
| vs. | ) |
| PATELCO CREDIT UNION, et al., | ) |
| Defendants. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing.

Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED. DATED:

Dated:_____

_____
United States District Judge