Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

Susan Y Soong
Clerk of Court
US District Court N.D. Cal.
450 Golden Gate Ave.
San Francisco, CA 94102-3483

HARRISBURG PA 171
18 SEP 2019 PM 4 L

