UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, <br><br> Plaintiffs, <br><br> v. <br><br> PATELCO CREDIT UNION, <br><br> Defendants. | Case No.: 4:19-cv-02971-JSW <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 10/4/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Edward Thomas Kennedy
800 Court Street
Apt 223
Reading, PA 19601

Dated: 10/4/2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to
the Honorable Jeffrey S. White