UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY,<br><br>Plaintiff,<br><br>v.<br><br>PATELCO CREDIT UNION, et al.,<br><br>Defendants. | Case No. 19-cv-02971-JSW<br><br>**JUDGMENT** |

Pursuant to the Court's Order issued this date dismissing Plaintiff's amended complaint with prejudice, the Court HEREBY ENTERS JUDGMENT against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 4, 2019

_____
JEFFREY S. WHITE
United States District Judge