IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD THOMAS KENNEDY, )
)
   Plaintiff, ) Case No. 19-cv-02971- JSW
)
vs. ) Verified
)
) Jury Trial Demanded
PATELCO CREDIT UNION, et al, )
)
)
   Defendants. )
)
)

## OBJECTION

TAKE JUDICIAL COGNIZANCE

   I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record Objects to the ECF documents 15 and 16 titled Order etc., and Judgements filed 10/4/2019, signed by Jeffrey S. Smith for it violates the Law of the Case, and it is my wish.

NOTICE

   1. THE REAL WHISTLEBLOWER STORY: DENNIS MONTGOMERY, THE HAMMER, THE HARD DRIVES, THE WIRETAPPING OF TRUMP, AND THE PROSECUTION OF GENERAL FLYNN - The American Report - https://go.shr.lc/2mmCaUp, cited at https://twitter.com/SidneyPowell1.

   2. Plaintiff Kennedy hopes the Judge assigned to administrate this case was not compromised and/or leveraged by Barack Obama, and his appointees, as disclosed by Dennis Montgomery and Attorney Sideny Powell.

   3. In a court of record, there are no statutes, and no statute of limitations.

Dated: October 9, 2019.

                           Edward Thomas Kennedy, Plaintiff.
                           800 Court Street, Apt 223
                           Reading, PA 19601.

*Plaintiff is Self-represented.*