

RECEIVED
OCT 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of Court JSW
US District Court of Ca.
450 Golden Gate Ave
San Francisco CA 94102

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601