IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

OCT 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

EDWARD THOMAS KENNEDY,  )
                        )
        Plaintiff,      )       Case No. 19-cv-02971- JSW
                        )
    vs.                 )
                        )
                        )
PATELCO CREDIT UNION, et al,  )
                        )
                        )
        Defendants.     )
                        )
_____)

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Edward Thomas Kennedy, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from order and judgement entered in this action on ECF documents 15 and 16 titled Order etc., and Judgements filed 10/4/2019, and signed by Jeffrey S. Smith, U.S. District Judge.



_____
Edward Thomas Kennedy, *Plaintiff*

800 Court St., Apt 223
Reading, PA 19601
Phone: (415) 275-1244.

*Plaintiff is self-represented.*

Date: *October 10, 2019.*