

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

RECEIVED

OCT 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of Court
US District Court
450 Golden Gate
Sun Francisco ca CA
NDy Cole.
94102

94102-348999

HARRISBURG PA 171

10 OCT 2019 PM 1 L

FOREVER USA
Love