UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY,<br><br>Plaintiff,<br><br>v.<br><br>PATELCO CREDIT UNION,<br><br>Defendant. | Case No. 19-cv-02971-JSW<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS**<br><br>Re: Dkt. No. 20 |

On October 21, 2019, the United States Court of Appeals for the Ninth Circuit issued a referral notice directing this Court to determine whether Plaintiff's *in forma pauperis* status should continue for his appeal. The Court concludes that Plaintiff's appeal is frivolous and, therefore, it revokes Plaintiff's *in forma pauperis* status.

**IT IS SO ORDERED.**

Dated: October 22, 2019

_____
JEFFREY S. WHITE
United States District Judge