IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 31 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

EDWARD THOMAS KENNEDY, )
)
Plaintiff, ) Case No. 19-cv-02971- JSW
)
vs. )
)
)
PATELCO CREDIT UNION, et al, )
)
)
Defendants. )
)
)

## OBJECTION

I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania, and in this court of record Objects to the ECF documents 21 titled Order Revoking In Forma Pauperis Status signed 10/22/2019, signed by Jeffrey S. Smith for it violates the Law of the Case, and it is my wish. Additionally, the said Judge exceeds the court's jurisdiction and injures the plaintiff in loss of rights.

Dated: October 26, 2019.

*[signature]*

Edward Thomas Kennedy, Plaintiff.
800 Court Street, Apt 223
Reading, PA 19601.

*The plaintiff is Self-represented.*