

HARRISBURG PA 171

28 OCT 2019 PM 4 L

RECEIVED

OCT 31 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of Court
US District Court ND Ca.
450 Golden Gate Aut.
San Francisco CA 94102

94102-3489999

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

