| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT | **FILED**<br>DEC 13 2019<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| EDWARD THOMAS KENNEDY,<br><br>   Plaintiff-Appellant,<br><br>   v.<br><br>PATELCO CREDIT UNION,<br><br>   Defendant-Appellee. | No. 19-17061<br><br>D.C. No. 4:19-cv-02971-JSW<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before:   WALLACE, CANBY, and TASHIMA, Circuit Judges.

The district court certified that this appeal is frivolous and revoked appellant's in forma pauperis status. *See* 28 U.S.C. § 1915(a). On October 29, 2019 the court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and response to the court's October 29, 2019 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 5) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

**DISMISSED.**