UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD THOMAS KENNEDY,

Plaintiffs,

v.

PATELCO CREDIT UNION,

Defendants.

Case No.: 19-cv-02971-JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1)     I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)     On 1/7/2020, I SERVED a true and correct copy(ies) of: Mandate from the Ninth Circuit, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Edward Thomas Kennedy
800 Court Street
Apt 223
Reading, PA 19601

Dated: 1/7/2020

Susan Y. Soong
Clerk, United States District Court

By: _Cynthia J. Lenahan_
Cynthia Lenahan, Deputy Clerk to the
Jeffrey S. White

*Service_Certificate _CRD*
*rev. August 2018*